# Court of Appeals
# of the State of Georgia

ATLANTA,      May 05, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0332. GEORGIA DEPARTMENT OF ADMINISTRATIVE SERVICES v. MELINDA MCCOY.

After obtaining judgment against defendants employed by the State of Georgia, Melinda McCoy brought suit against the Georgia Department of Administrative Services ("DOAS") to collect a portion of the judgment under a general liability agreement. The DOAS filed a motion for summary judgment, arguing that its insurance policy did not cover the judgment.[1]

In ruling on the motion for summary judgment, the trial court applied the rules of statutory construction and determined that McCoy was entitled to judgment as a matter of law. The trial court thus entered a "Final Order and Judgment." DOAS filed both this application for discretionary appeal as well as a notice of appeal.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." The order to be appealed is a final order, and no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply. Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In this case, however, DOAS has

---

[1] Prior to filing its motion for summary judgment, DOAS filed a motion to dismiss on sovereign immunity grounds. The trial court granted the motion, and we reversed in *McCoy v. Georgia Dept. of Admin. Svcs.*, 326 Ga. App. 853 (755 SE2d 362) (2014).

already filed a notice of appeal.  Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/05/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*